# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MICHAEL GRISSOM,**                                                           **PLAINTIFF**

v.                                **3:11CV00254 BD**

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration,                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Michael Grissom's complaint is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE